FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 08 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELI BITON,

                    Plaintiff,

-against-

SHLOMO SELA, 219-23 114TH ROAD, INC., and
PAUL M. SOD,
                    Defendants.

Civil Action No. 15-cv-6908 (WFK)

**ORDER**

------------------------------------------------------------------X

Upon the Confession of Judgment of Shlomo Sela, President of 219-23 114th Road, Inc., dated November 2, 2017:

**IT IS HEREBY ORDERED** that the conveyance of 641 Midwood Street, Brooklyn, New York, (Block 04800, Lot 0073) by deed dated September 27, 2011, with an actual conveyance as of October 9, 2013 and recorded with the Kings County Clerk's Office on January 7, 2014 under CRFN # 2014000006082, is cancelled and discharged; and it is further

**ORDERED** that the conveyance of 643 Midwood Street, Brooklyn, New York, (Block 04800, Lot 0075) by deed dated September 27, 2011, with an actual conveyance as of October 9, 2013 and recorded with the Kings County Clerk's Office on February 20, 2014 under CRFN # 2014000063268, is cancelled and discharged; and it is further

**ORDERED** that the Kings County Clerk shall record the cancellation and discharge of the Conveyances, together with a copy of this Order in the official liber of deeds, mortgages,

assignments of mortgages and satisfactions of mortgages for the County of Kings in the State of New York.

Dated: Brooklyn, New York
      November 3 , 2017

                                        s/WFK
                            WILLIAM F. KUNTZ, USDJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ELI BITON,　　　　　　　　　　　　　　　　　　Civil Action No. 15-cv-6908 (WFK)

　　　　　　　　　Plaintiff,

-against-

SHLOMO SELA, 219-23 114TH ROAD, INC.,　　　　AFFIDAVIT FOR CONFESSION
and PAUL M. SOD,　　　　　　　　　　　　　　　OF JUDGMENT
　　　　　　　　　Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK　）
　　　　　　　　　　　ss.:
COUNTY OF　　　　　　）

SHLOMO SELA, being duly sworn, deposes and says:

1. I am a named defendant in this action that the Plaintiff, Eli Biton ("Plaintiff") has brought.

2. I am President of 219-23 114th Road, Inc., a named defendant in this action.

3. I am duly authorized to confess judgment pursuant to this affidavit (the "Confession of Judgment") as President of 219-23 114th Road, Inc.

4. This Confession of Judgment is for two (2) properties located in Brooklyn, New York that were improperly transferred by Defendant 219-23 114th Road, Inc. arising under the following facts:

    a. On October 9, 2013, I improperly conveyed a deed from Plaintiff Eli Biton, as Grantor to Defendant 219-23 114th Road, Inc. as Grantee for the property known as and located at 641 Midwood Street, Brooklyn, New York (Block 04800, Lot 0073) which was recorded with the Kings County Clerk's Office on January 7, 2014 under CRFN # 2014000006082; and

b. On October 9, 2013, I improper conveyed a deed from Plaintiff Eli Biton, as Grantor to Defendant 219-23 114th Road, Inc. as Grantee for the property known as and located at 643 Midwood Street, Brooklyn, New York (Block 04800, Lot 0075) which was recorded with the Kings County Clerk's Office on February 20, 2014 under CRFN # 2014000063268.

5. I hereby authorize Plaintiff, or its successors and assigns, to enter judgment against Defendant 219-23 114th Road, Inc. for the cancellation and discharge of the improper conveyance of:

   (i) 641 Midwood Street, Brooklyn, New York, (Block 04800, Lot 0073) by deed dated September 27, 2011, with an actual conveyance as of October 9, 2013 and recorded with the Kings County Clerk's Office on January 7, 2014 under CRFN # 2014000006082; and

   (ii) 643 Midwood Street, Brooklyn, New York, (Block 04800, Lot 0075) by deed dated September 27, 2011, with an actual conveyance as of October 9, 2013 and recorded with the Kings County Clerk's Office on February 20, 2014 under CRFN # 2014000063268

6. Defendant 219-23 114th Road, Inc. acknowledges that it is subject to the jurisdiction of the United States District Court, Eastern District of New York.

7. Defendant 219-23 114th Road, Inc. acknowledges that it has been represented by legal counsel and that it has entered into this Confession of Judgment after speaking with its legal counsel and agrees that it is signing this Confession of Judgment voluntarily.

Dated: New York, New York
November 2, 2017

Sworn before me this 2 day
of ~~July, 2017~~ November, 2017

_____
Notary Public

> ABE M. GEORGE
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02GE6322473
> Qualified in Kings County
> Commission Expires April 6, 2019

219-23 114TH ROAD, INC.

_____
By: Shlomo Sela, President